**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company
C/O The Prentice-Hall Corporation System, Inc
641 S. Lawrence St
Montgomery AL 36104

9590 9402 6555 1028 4169 08

2. Article Number *(Transfer from service label)*

7021 1970 0000 7790 2695

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
4-26-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**

MONTGOMERY AL 360
27 APR 2023 PM 2 L

9590 9402 6555 1028 4169 08

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

The Martin Law Group
300 Vestavia Parkway Ste 2300
Birmingham AL 35216

23: cv. 00134