**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **RICKY W. MONTZ,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 23-00134-KD-B** |
| | * | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

**ORDER**

This action is before the Court on the Report of Parties' Planning Meeting. (Doc. 10). Upon review, the undersigned finds that a scheduling conference, prior to entry of the scheduling order, will aid the Court and the parties in working to secure a just, speedy, and inexpensive resolution of this matter. See Fed. R. Civ. P. 1; Fed. R. Civ. P. 16(b)(1)(B).

Accordingly, this action is hereby set for a Rule 16(b) scheduling conference, via telephone, on **June 28, 2023**, at **10:00 a.m. (CDT). Telephone call-in information: 571-353-2301 (Guest ID: 002111801#).**

In preparation for the scheduling conference, counsel for the parties shall familiarize themselves with the underlying facts of the case and shall be prepared to discuss the specific discovery that will likely be needed, the existence and location of any electronic discovery, and the parties' efforts to resolve this

case.

**DONE** this **21st** day of **June, 2023.**

**/s/ SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**