**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| RICKY W. MONTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:23-CV-00134-KD-B |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY f/k/a | ) | |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Ricky W. Montz (hereinafter "Plaintiff") and Defendant The Lincoln National Life Insurance Company (hereinafter "Defendant"), hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 14th day of July 2023.

Respectfully submitted,

s/ *M. Clayborn Williams* (by consent)
M. Clayborn Williams
(ASB-9101-A43M)
Attorney for Plaintiff
THE MARTIN LAW GROUP, LLC
P.O. Box 20087

Tuscaloosa, AL 35402
PH: (205) 343-1771
FX: (205) 343-1781
Email: clay@erisacase.com

**AND**

/s/ *Iwana Rademaekers*
Iwana Rademaekers
(*Admitted Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of July 2023 I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

M. Clayborn Williams, Esq.
Email: clay@erisacase.com

s/ *Iwana Rademaekers*
Iwana Rademaekers